IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04–po-07276-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOAQUIN CAMACHO,

    Defendant.

  and

MADDEN STEEL INC.,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter is before me on the **Motion to Dismiss Writ of Garnishment** [Doc. # 11, filed 5/18/2007] (the "Motion").

IT IS ORDERED that the Motion GRANTED.

DATED May 21, 2007, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge